UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAINESVILLE COINS, LLC,

    Plaintiff,

v.                                  Case No: 8:13-cv-1402-T-30MAP

VCG VENTURES, INC.,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon the Stipulation for Entry of Preliminary Injunction (Dkt. #17).  Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1.    The Stipulation for Entry of Preliminary Injunction (Dkt. #17) is GRANTED.

2.    Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. #3) is GRANTED to the extent that the Court's May 30, 2013 Temporary Restraining Order (Dkt. #5) is converted into a Preliminary Injunction against Defendant.

3.    The Preliminary Injunction shall remain in force until further Order of this Court.

**DONE** and **ORDERED** in Tampa, Florida, this 24th day of June, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2013\13-cv-1402 stipulation 17.docx