## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

GAINESVILLE COINS, LLC,

    Plaintiff,

v.                                                                    Case No: 8:13-cv-1402-T-30MAP

VCG VENTURES, INC.,

    Defendant.
_____

## **STIPULATED PERMANENT INJUNCTION**

THIS CAUSE comes before the Court upon the Joint Motion for Entry of Stipulated Form of Final Order (Dkt. #28).   Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.    The Joint Motion for Entry of Stipulated Form of Final Order (Dkt. #28) is GRANTED.

2.    The Preliminary Injunction (Dkt. #18) is hereby converted to a Permanent Injunction.

3.    The Clerk is directed to release to Plaintiff the injunction bond of $10,000 (Dkt. #7) and any interest accrued thereon.

4. Each party to bear its own attorneys' fees and costs.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of February, 2014.

                                                                                JAMES S. MOODY, JR.
                                                                                UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record

S:\Even\2013\13-cv-1402 joint stip 28.docx